UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jacqueline Alvarez et al.,

                Plaintiffs,

  -v-

RESTAURANT 101 INC. et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 6133 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

This action has been referred to the undersigned for general pretrial supervision. (ECF No. 2). Affidavits of service indicate that on July 30, 2021, the Complaint was served on Defendants (i) Restaurant 101 Inc., (ii) Cirilo Moronta, and (iii) Andres Moronta, with Defendants' Answers due on August 20, 2021. (ECF Nos. 11–13).

No Answers having been filed on the docket, Plaintiffs are hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Thursday, September 9, 2021,** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Thursday, September 23, 2021**.

Dated:     New York, New York
            September 2, 2021

                                      SO ORDERED.

                                      _/s/ Sarah L. Cave_
                                      SARAH L. CAVE
                                      **United States Magistrate Judge**