# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street  
Suite 301-A  
Astoria, NY 11103

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

September 20th, 2021

**VIA ECF**
Honorable Sarah L. Cave  
United States Magistrate Judge  
500 Pearl Street  
New York, NY 10007

Re: <u>Alvarez, et al. v. Restaurant 101 Inc, et al.</u>, 21-cv-6133

Your Honor:

Plaintiffs write to respectfully request an additional three weeks to submit the default motion in this matter from September 23rd, 2021 to October 7th, 2021.

The undersigned did briefly speak with one of the Defendants to highlight that a default judgment motion was going to be made if they did not answer. The Defendant did seem to appreciate that he needed to do something; however, no attorney has appeared for the Defendants to date. I would like to reach out to the Defendants one last time to see if they will follow through with responding.

Second, the undersigned would also respectfully request this adjournment to obtain additional time to work with the Plaintiffs and to try to prepare affidavits in hopes of avoiding the need for an inquest, if Judge Engelmayer is so amenable.

---

Plaintiffs' letter-motion requesting an extension of the deadline to file their Motion for Default Judgment (the "Motion") (ECF No. 23) is GRANTED. Plaintiffs shall file their Motion by **Thursday, October 7, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 23.

SO ORDERED 9/20/2021

_____  
SARAH L. CAVE  
United States Magistrate Judge