# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street
Suite 301-A
Astoria, NY 11103

> Plaintiffs' letter-motion requesting an extension of the deadline to file their default judgment motion (ECF No. 25) is GRANTED. Plaintiffs shall file their default judgment motion by **Friday, November 5, 2021**.
>
> The Clerk of Court is respectfully directed to close ECF No. 25.
>
> SO ORDERED 9/30/2021
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

Re: <u>Alvarez, et al. v. Restaurant 101 Inc, et al.</u>, 21-cv-6133

Your Honor:

Plaintiffs write to respectfully request an additional four (4) weeks to submit the default motion in this matter from October 7th, 2021 until November 5th, 2021.

As I stated in the last letter motion seeking an additional three weeks to submit the default motion, I reached out again to the Defendants by telephone at their business to inform them that the Court had ordered Plaintiffs to make a motion for default by October 7th, 2021. One of the Defendants, they did not want to identify which of either Andres Moronta or Cirilio Moronta was speaking, told me that they were going to have an attorney call me soon.

In the interests of fair play and judicial economy, the undersigned would respectfully ask that the Court permit the Plaintiffs to hold off on drafting a motion for an additional four weeks to see if the Defendants will act on their stated intention to respond.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.