UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE ALVAREZ and ANGELINA ALMONTE,

                Plaintiffs,

-v-

RESTAURANT 101 INC., d/b/a DYCKMAN EXPRESS RESTAURANT, CIRILO MORONTA,
and ANDRES MORONTA,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 6133 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Under the Court's Order Scheduling an Initial Case Management Conference (ECF No. 33), the parties' Report of Rule 26(f) Meeting and Proposed Case Management Plan ("Proposed CMP") was due yesterday. The parties have not filed the Proposed CMP, nor have they requested an extension of this deadline. Accordingly, as a courtesy, the Court EXTENDS the deadline to file the Proposed CMP, <u>nunc pro tunc</u>, to **Thursday, December 2, 2021**.

Dated:     New York, New York
             December 1, 2021

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**