UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE ALVAREZ and ANGELINA ALMONTE,

                 Plaintiffs,

-v-

RESTAURANT 101 INC., d/b/a DYCKMAN EXPRESS RESTAURANT, CIRILO MORONTA,
and ANDRES MORONTA,

                 Defendants.

CIVIL ACTION NO.: 21 Civ. 6133 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 23, 2022, the Court granted the parties' joint request for a 45-day discovery extension, and extended the deadline to complete discovery to May 23, 2022. (ECF Nos. 40, 41). Accordingly, the telephone status conference scheduled for tomorrow, March 3, 2022 at 2:00 pm (see ECF No. 38) is ADJOURNED to **Tuesday, May 10, 2022 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
             March 2, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**