UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE ALVAREZ and ANGELINA ALMONTE,

                Plaintiffs,

-v-

RESTAURANT 101 INC., d/b/a DYCKMAN EXPRESS RESTAURANT, CIRILO MORONTA, and ANDRES MORONTA,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 6133 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having been advised of the parties' agreement in principle, the conference scheduled for May 10, 2022 at 11:00 am is CANCELLED.

Dated:      New York, New York
             May 6, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**