UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE ALVAREZ and ANGELINA ALMONTE,<br><br>                                          Plaintiffs,<br>                    -v-<br><br>RESTAURANT 101 INC. *d/b/a* DYCKMAN EXPRESS RESTAURANT ET AL,<br><br>                                          Defendants. | 21 Civ. 6133 (PAE) (SLC)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On May 6, 2022, the parties reached agreement on all issues in court-order mediation. *See* Dkt. 43. However, because this case is a wage-and-hour case brought under the Fair Labor Standards Act, the Court must review the settlement by the parties under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties are therefore directed to submit their proposed settlement for review by May 31, 2022, along with a memorandum of law explaining why the settlement warrants approval under *Cheeks*.

The Clerk of the Court is respectfully directed to reopen this case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 9, 2022
New York, New York