> Plaintiffs' letter-motion seeking an extension of time (ECF No. 46) is GRANTED, and the proposed deadlines are ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 46.
>
> SO ORDERED 05/31/2022
>
> *SARAH L. CAVE*
> *United States Magistrate Judge*

May 27th, 2022

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

                        Re: <u>Alvarez, et al. v. Restaurant 101 Inc, et al.</u>, 21-cv-6133

Your Honor:

    Plaintiffs write to respectfully request an additional four (4) weeks to submit the fairness motion in this matter. Plaintiffs drafted and circulated an agreement on May 17th, 2022. However, we have not received comments or edits from the Defendants yet. Likely this holiday week has also made it difficult to reach everyone.

    If the Court would so permit, the Plaintiffs would ask for permission to submit the proposed agreement and accompanying memorandum of law in support of its fairness on or before June 30th, 2022.

    This is the first request for this relief.

                                          Respectfully Submitted,

                                          <u>/s/ Colin Mulholland, Esq.</u>